F. C. Harrison, appellee, v. W. G. Michaelsen, appellant. Gen. No. 8,618.

Opinion filed May 19, 1933.
Frank E. Maynard, for appellant. Welsh & Welsh, for appellee.
Mr. Justice Baldwin delivered the opinion of the court.

S. T. Jackson et al., defendants in error, v. A. E. Anderson and The Belt Route Warehouse and Storage Company, plaintiffs in error. Gen. No. 8,623.

Opinion filed May 19, 1933.
Miller & Shapiro, W. H. Dyer and John H. Beckers, for plaintiffs in error. Joseph Tolson, Jr., and H. H. Whittemore, for defendants in error.
Mr. Justice Baldwin delivered the opinion of the court.

Al Simon, appellee, v. Deibler Motor Car Corporation, appellant. Gen. No. 8,560.

Opinion filed May 25, 1933. Rehearing denied July 6, 1933.
Marvin W. Wallach, for appellant. Hall & Hulse, for appellee; Harry A. Hall and Marshall Meyer, of counsel.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Katherine Harris et al., appellants, v. Nicholas Hildebrandt, appellee. Gen. No. 8,568.

Opinion filed May 25, 1933.
Myron E. Wisch, for appellants; Benjamin B. Crane, of counsel. Hadley, Weaver & Woodward and Joseph Bonnefoi, for appellee; Joseph Bonnefoi, Palmer Leren and William C. Atten, of counsel.
Mr. Presiding Justice Wolfe delivered the opinion of the court.